No. 1222. KOEHL ET AL. *v.* RESOR, SECRETARY OF THE ARMY, ET AL. C. A. 4th Cir. Certiorari denied. *Philip J. Hirschkop, Herbert A. Rosenthal, Jr., Melvin L. Wulf,* and *Eleanor Holmes Norton* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener,* and *Donald L. Horowitz* for respondents.

No. 1238. TEMPLE *v.* NORTH CAROLINA STATE BAR. Ct. App. N. C. Certiorari denied. *John W. Hinsdale* for petitioner. *Robert B. Morgan,* Attorney General of North Carolina, for respondent.

No. 1240. GROVES *v.* ALEXANDER. Ct. App. Md. Certiorari denied. *Hyman Ginsberg* for petitioner. *Melvin J. Sykes* for respondent.

No. 1242. DENNISON MFG. CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Vernon C. Stoneman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1295. KAYSER ET AL. *v.* CLEVELAND CLINIC FOUNDATION. Sup. Ct. Ohio. Certiorari denied. *Richard F. Patton* for petitioners. *Thomas V. Koykka* for respondent.

No. 984. LOVE *v.* TAYLOR ET AL. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *Robert E. Plunkett* for petitioner. *Marshall Fogelson* for respondents.